COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Derrick Jabaz Anderson v. The State of Texas

Appellate case number:   01-11-01010-CR
                         01-11-01011-CR
                         01-11-01012-CR

Trial court case number: 1285911, 1285912, & 1285913

Trial court:             185th District Court of Harris County, Texas

A supplemental clerk's record containing an order of appointment as directed in our Order of Continuing Abatement has been filed in this Court. Therefore, we order the appeals **reinstated**.

The Clerk of this Court is directed to make an entry in the records of this Court that Nicolas Hughes represents appellant in these appeals.

The complete record has been filed in this appeal. Appellant's brief is due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b). Due to the previous delays in these appeals, no extensions will be granted absent extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Justice Evelyn V. Keyes
                   ☑ Acting individually   ☐ Acting for the Court

Date: September 7, 2012